IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  20-cv-03348-KLM

STEPHEN BUSHANSKY,

    Plaintiff,

v.

LIBERTY OILFIELD SERVICES INC.,
CHRISTOPHER A. WRIGHT,
KEN BABCOCK,
PETER A. DEA,
WILLIAM F. KIMBLE,
N. JOHN LANCASTER, JR.,
JESAL SHAH,
BRETT STAFFIERI,
CARY D. STEINBECK, and
GALE A. NORTON,

    Defendants.

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice.  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

//

//

//

2

Dated: March 25, 2021                    Respectfully submitted,

                                          */s/ Richard A. Acocelli*
                                        Richard A. Acocelli
                                        **WEISSLAW LLP**
                                        1500 Broadway, 16th Floor
                                        New York, NY 10036
                                        Telephone: (212) 682-3025
                                        Facsimile: (212) 682-3010
                                        Email: racocelli@weisslawllp.com

                                        *Attorneys for Plaintiff*